```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7
 8  Attorneys for Defendants
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |
|  | SAN JOSE DIVISION |

```
12  NIKOLAI PETVIASHVILI,            )
                                     )   No. C 07-2391 PVT
13              Plaintiff,           )
                                     )
14       v.                          )
                                     )   STIPULATION TO DISMISS AND
15  MICHAEL CHERTOFF, Secretary, U.S.)   [PROPOSED] ORDER
    Department of Homeland Security; )
16  ROBERT S. MUELLER, III, Director,)
    Federal Bureau of Investigations;)
17  ALBERTO R. GONZALES, Attorney General )
    of the United States;            )
18  EMILIO GONZALES, Director, U.S.  )
    Citizenship an Immigration Services; )
19  FRANCIS D. SICILIANO, Officer in Charge, )
    San Jose Sub Office of U.S. Citizenship and )
20  Immigration Services;            )
                                     )
21              Defendants.          )
                                     )
```

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to adjudicate plaintiff's application for naturalization within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2391 PVT                                        1

1 | Dated: July 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____ for
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


10 | Date: July ___, 2007

_____/s/_____
NIKOLAI PETVIASHVILI
*Pro Se*


### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

16 | Date: July 24, 2007

_____/s/ Patricia V. Trumbull_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-2391 PVT

2